IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| L.A. COLO, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 1:14-CV-234 |
| | § | |
| BAY BRIDGE TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

BE IT REMEMBERED that on May 1, 2017, the Court **ENTERED** final judgment in the above-captioned and styled civil action. The Court granted Plaintiff's motion for summary judgment, Dkt. No. 47, dismissing all claims in this action.

WHEREFORE, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that judgment is entered in favor of Plaintiff in the principal amount of $202,532.92, plus pre-judgment interest in the amount of $64,810.53, plus post-judgment interest at the prevailing rate.

WHEREFORE, the Court **ENTERS** final judgment and **DIRECTS** the Clerk to close the above-captioned case.

SIGNED this 1st day of May, 2017.

_____
Hilda Tagle
Senior United States District Judge