UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

L.A. COLO, LLC,

versus

BAY BRIDGE TEXAS, LLC,

ACTION NUMBER:
1:14-CV-234

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | MAY 1, 2017 |
|---|---|
| Judgment in Favor of: | L.A. COLO, LLC |
| Judgment Against: | BAY BRIDGE TEXAS, LLC |
| Amount of Judgment: | $ 202,532.92 plus pre-judgment interest in the amount of $64,810.53 |
| Amount of Costs: | $ |
| Rate of Interest: | % plus post-judgment interest at the prevailing rate |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | |

    The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT

DATED: 6-1-17      By: _____
                                                                       Deputy Clerk